ORIGINAL

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

FEB 26 2003 PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Received From SEATTLE FEB 28 2003

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARY JANE ANDERSON, B&L TRUCKING, BOARDMAN WARREN BROWN, BUFFELEN WOOD-WORKING COMPANY, CAMILLE FJETLAND, CITY OF TACOMA/DEPARTMENT OF PUBLIC UTILITIES, CITY OF TACOMA, DUNLOP TOWING, EXECUTIVE BARK, HYLEBOS MARINA, INC., JUDY JOHNSON, LOUISIANA-PACIFIC CORP., MANKE LUMBER COMPANY, INC., MCFARLAND CASCADE HOLDINGS, INC., MODUTECH MARINE, INC., MURRAY PACIFIC CORP., OLIN CORPORATION, RON OLINE, PAN PACIFIC TRADING, RAIL & LOCOMOTIVE EQUIPMENT CO., JOSEPH SIMON & SONS, SOUND REFINING, INC., SRS PROPERTIES, ESTATE OF LESLIE P. SUSSMAN, SOPHIE SUSSMAN, CARL AND ELAINE SWINDAHL,<br><br>Defendants. | C03-5107 RBL<br><br>CIVIL ACTION NO._____ |

## NOTICE OF LODGING

Pursuant to 28 C.F.R. § 50.7, the United States is lodging a Consent Decree with this Court that has been agreed to and signed by the parties to this action. The Consent Decree is

Notice of Lodging - 1

U.S. Department of Justice
Environmental & Natural Resources Div.
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

CV 03-05107 #00000002

being lodged simultaneously with the filing of the Complaint in this action, and the Consent Decree settles all of the claims alleged in the Complaint.

Notice of lodging of the Consent Decree will be published in the Federal Register. During the pendency of the 30-day public comment period required under 28 C.F.R. § 50.7 for Consent Decrees, no action is required of this Court. After the expiration of the public comment period and evaluation of the comments received, the Court will be advised whether the Consent Decree may be entered or whether further action may be required.

Respectfully submitted,

THOMAS L. SANSONETTI
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

MICHAEL J. McNULTY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1210

JOHN MCKAY
United States Attorney
Western District of Washington

BRIAN KIPNIS
Assistant U.S. Attorney
601 Union Street
Suite 5100
Seattle, Washington 98101

Notice of Lodging - 2

U.S. Department of Justice
Environmental & Natural Resources Div.
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044

OF COUNSEL:

LORI L. HOUCK
Assistant Regional Counsel
U.S. Environmental Protection Agency
1200 Sixth Avenue
Seattle, Washington 98101

Notice of Lodging - 3

U.S. Department of Justice
Environmental & Natural Resources Div.
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044