Honorable_____

Michael McNulty
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044
(202) 514-1210

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL ACTION NO. |
| Plaintiff, | C03-5107 FDB |
| v. | |
| MARY JANE ANDERSON, ET AL., | |
| Defendants. | |

AMENDMENT TO THE CONSENT DECREE

AMENDMENT TO THE CONSENT DECREE                United States Department of Justice
Commencement Bay Nearshore/Tideflats           Environmental & Natural Resources
Superfund Site - C03-5107 FDB                  Division
                                               Environmental Enforcement Section

Page 1

WHEREAS, the United States of America, on behalf of the Environmental Protection Agency (hereinafter "the United States"); the City of Tacoma Environmental Services Department (Formerly identified as Department of Public Utilities); and Joseph Simon & Sons are parties to the Consent Decree entered by this Court in this action on February 26, 2003 (hereinafter "the Consent Decree"); and

WHEREAS, as reflected in this Amendment, the United States, the City of Tacoma Environmental Services Department; and Joseph Simon & Sons are "Settling Defendants" identified in Appendix A of the Consent Decree and have agreed upon certain additional modifications of the Consent Decree related solely to these Settling Defendants and none of the other parties to the Consent Decree; and

WHEREAS, the City of Tacoma Environmental Services Department (identified as City of Tacoma Public Works); and Joseph Simon & Sons (identified as Joseph Simon & Sons/R&L) are among the entities listed on Appendix C of the Consent Decree (the "Appendix C Parties"); and

WHEREAS, the United States expressly reserved the right to recover additional Response Costs from the Appendix C parties in accordance with paragraphs 6. c. ii) and 24. b.; and

WHEREAS, the Port of Tacoma, Occidental Chemical Corporation, General Metals of Tacoma, Inc., and Arkema, Inc. (hereinafter" the Performing Parties") have performed substantial remedial actions pursuant to other consent decrees entered by this Court that have

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources
Division
Environmental Enforcement Section

Page 2

1  been funded in part by the previous contributions of the Settling Defendants named in the

2  Consent Decree; and

4      WHEREAS, the Performing Parties have incurred additional Response Costs above the

5  cost estimate of $56,056,407 as identified in Section VI. 6. of the Consent Decree; and

7      WHEREAS, as reserved in paragraph 24. b. and consistent with the formula established

8  in Appendix C of the Consent Decree, the City of Tacoma Environmental Services Department

9  and Joseph Simon & Sons each will make additional payments to the Performing Parties, under

10 separate agreements, to reimburse, in part, their share of additional Response Costs;

11     NOW THEREFORE, the United States, the City of Tacoma Environmental Services

12 Department; and Joseph Simon & Sons hereby agree that, upon approval of this amendment by

13 the Court, the Consent Decree shall be amended as follows:

**AMENDED AND RESTATED PARTS OF THE CONSENT DECREE**

All parts of the Consent Decree shall remain the same and in full effect except for the addition of paragraph 5.c. and the modification of Appendix C as follows:

VI. PAYMENT

5. c.  Within 30 days after the effective date of this Amendment, the City of Tacoma Environmental Services Department shall pay to EPA $8,346 (Eight Thousand Three Hundred Forty-six) in payment for Response Costs.  Joseph Simon & Sons shall pay to EPA $20,587 (Twenty thousand Five Hundred Eighty-seven) in payment for Response Costs.  Payment shall be made in accordance with Paragraphs 5 c. i) and ii). The total amount to be paid by each Settling Defendant shall be deposited by EPA in the Hylebos Waterway Problem Area Special

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources Division
Environmental Enforcement Section

Page 3

Account to be retained and used to conduct or finance response actions at or in connection with the CB/NT Site, or to be transferred by EPA to the EPA Hazardous Substance Superfund.

    i) All payments required to be made in accordance with this Paragraph shall be made by Fedwire EFT to:

Federal Reserve Bank of New York
ABA = 021030004
Account = 68010727
SWIFT address = FRNYUS33
33 Liberty Street
New York NY 10045
Field Tag 4200 of the Fedwire message should read "D 68010727 Environmental Protection Agency"

When making payments under this Paragraph, Settling Defendants shall also comply with sub-Paragraph 5 c. ii).

    ii) All payments made under this Paragraph shall reference the CDCS Number, Site/Spill ID Number 102J, and DOJ Case Number 90-11-2-726. At the time of any payment required to be made in accordance with this Paragraph, the City of Tacoma Department of Public Utilities and Joseph Simon & Sons shall send notice that payment has been made to the United States and to EPA as described below, and to the EPA Cincinnati Finance Office by email at acctsreceivable.cinwd@epa.gov, or by mail at 26 Martin Luther King Drive, Cincinnati, Ohio 45268. Such notice shall also reference the CDCS Number, Site/Spill ID Number, and DOJ Case Number. Notice to the United States and EPA shall be made to:

    Chief Environmental Enforcement Section
    Environment and Natural Resource Division
    U.S. Department of Justice
    P.O. Box 7611
    Washington, D.C. 20044-3986

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources Division
Environmental Enforcement Section

Page 4

Re: DJ# 90-11-2-726

Rick Albright
Director of the Office of Environmental Cleanup
USEPA Region 1200 Sixth Avenue
Mail Code: ECL-117
Seattle, WA 98101
Jonathan Williams
Remedial Project Manager
USEPA Region 10
1200 Sixth Avenue
Mail Code: ECL-111
Seattle, WA 98101

APPENDIX C TO THE CONSENT DECREE

The City of Tacoma Public Works and Joseph Simon & Sons/R&L shall be removed from the list of parties in Appendix C to the Consent Decree.

SO ORDERED THIS 29th DAY OF MAY, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources
Division
Environmental Enforcement Section

Page 5

THE UNDERSIGNED PARTIES enter into this Consent Decree in the matter of <u>United States v. Mary Jane Anderson, et al.</u>, relating to the Hylebos Waterway Problem Areas, within the Commencement Bay Nearshore/Tideflats Superfund Site in the City of Tacoma, Pierce County, Washington:

**FOR THE UNITED STATES OF AMERICA**

JOHN C. CRUDEN
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

Date: 5-4-15

MICHAEL J. MCNULTY
Senior Counsel
Environmental Enforcement Section
Environmental and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1210

ANNETTE L. HAYES
United States Attorney for the
Western District of Washington

BRIAN KIPNIS
Assistant United States Attorney
700 Stewart Street
Seattle, WA 98101
(206) 553-7970

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources Division
Environmental Enforcement Section

Page 6

THE UNDERSIGNED PARTIES enter into this Amendment to the Consent Decree in the matter of <u>United States v. Mary Jane Anderson</u>, C03-5107 FDB, relating to the Hylebos Waterway Problem Areas within the Commencement Bay Nearshore/Tideflats Superfund Site in the City of Tacoma, Pierce County, Washington:

**FOR CITY OF TACOMA ENVIRONMENTAL SERVICES DEPARTMENT**

Date: 3-12-15

MICHAEL P. SLEVIN III, P.E.
Director, Environmental Services Department
747 Market Street, #408
Tacoma, WA 98402
(253) 591-5528

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Elizabeth Pauli
City of Tacoma
747 Market Street, Suite 100
Tacoma, Washington 98402
epauli@cityoftacoma.org
253-591-5627

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources Division
Environmental Enforcement Section

Page 8

1. THE UNDERSIGNED PARTIES enter into this Amendment to the Consent Decree in the matter of <u>United States v. Mary Jane Anderson</u>, C03-5107 FDB, relating to the Hylebos Waterway Problem Areas within the Commencement Bay Nearshore/Tideflats Superfund Site in the City of Tacoma, Pierce County, Washington:

**FOR JOSEPH SIMON & SONS**

Date: 3/13/2015

*/s/ Norm Simon*
NORM SIMON
Vice President
30 Pt. Fosdick Dr. NW
Gig Harbor, WA 98335

Agent Authorized to Accept Service on Behalf of Above-Signed Party:

Guy J. Sternal
Eisenhower Carlson PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, Washington 98402
gsternal@eisenhowerlaw.com
253-572-4500

AMENDMENT TO THE CONSENT DECREE
Commencement Bay Nearshore/Tideflats
Superfund Site - C03-5107 FDB

United States Department of Justice
Environmental & Natural Resources
Division
Environmental Enforcement Section